de Distrito de Humacao. Moción para que se desestime la apelación. Resuelto en octubre 18, 1905. Sin lugar la moción. Abogado del promovente: *Sr. Rossy, Fiscal.*

No. 68. EL PUEBLO *v.* VALLECILLO. Apelación procedente de la Corte de Distrito de Humacao. Moción para que se desestime la apelación. Resuelto en octubre 18, 1905. Sin lugar la moción. Abogado del promovente: *Sr. Rossy, Fiscal.*

No. 64. EL PUEBLO *v.* RODRÍGUEZ. Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en octubre 19, 1905. Sin lugar la moción. Abogado del promovente: *Sr. Rossy, Fiscal.*

No. 73. EL PUEBLO *v.* BONHOME. Apelación procedente de la Corte de Distrito de Arecibo. Moción para que se desestime la apelación. Resuelto en octubre 23, 1905. Sin lugar la moción. Abogado del promovente: *Sr. Rossy, Fiscal.*

No. 65. EL BANCO DE PUERTO RICO *v.* OLIVIERI Y SOBRINO. Apelación procedente de la Corte de Distrito de Mayagüez. Moción para que se desestime la apelación por haber dejado el apelante de hacer en su alegato una relación *fiel* y concisa de la causa, *tal como consta en los autos,* de acuerdo con el art. 54 del Reglamento. Resuelto en octubre 23, 1905. Sin lugar la moción. Abogado del promovente: *Sr. Sarmiento.* Abogado de la parte contraria: *Sr. Quintero.*

No. 79. EL PUEBLO *v.* MUÑIZ. Apelación procedente de la Corte de Distrito de Arecibo. Moción para que se desestime la apelación. Resuelto en octubre 23, 1905. Sin lugar la moción. Abogado del promovente: *Sr. Rossy, Fiscal.*

No. 27. ORSINI *v.* VERA. Apelación procedente de la Corte de Distrito de Mayagüez. Moción para que se desestime la apelación por incumplimiento del Art. 50 del Reglamento. Resuelto en octubre 23, 1905. Sin lugar la moción. Abogado del promovente: *Sr. Quintero.* Abogado de la parte contraria: *Sr. Alvarez Nava.*

No. 84. SANTIAGO UMPIERRE Y CA. *v.* WENAR. Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en octubre 23, 1905. Sin lugar